SUSAN E. BEDELL, Administratrix, etc., Respondent, *v.* THE LONG ISLAND CITY RAILROAD COMPANY, Appellant.

(Argued October 22, 1886 ; decided November 23, 1886.)

*Edward E. Sprague* for appellant.

*George Wallace* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.